**Mark Baker JOHNSTON et al., Appellants,**

**v.**

**The STATE of Texas, Appellee.**

**No. 35428.**

Court of Criminal Appeals of Texas.

Feb. 20, 1963.

**14**

[redacted]

No attorney on appeal for appellant.

Henry Wade, Dist. Atty., Emmett Colvin, Jr., Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

This is an appeal from a judgment making final a judgment nisi forfeiting an appearance bond in the sum of $500.

The record contains no brief on appellant's behalf and no statement of facts or bills of exception, and the proceedings appear to be regular.

The judgment is affirmed.